# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ABDULLAHI WARFA, and OMAR OMAR, on behalf of themselves and all others similarly situated, and on behalf of the Minnesota Rule 23 Class,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONWIDE EXPRESS, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Case No. 18-cv-3103 (ECT/TNL)<br><br>**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT DISCUSSIONS** |

This matter comes before the Court on the parties' Stipulation to Stay All Proceedings Pending Settlement Discussions ("Stipulation") (ECF No. 20). The parties request that all deadlines be stayed through March 29, 2019, as they "are actively working to resolve this matter." (Stipulation at 2.)

Pursuant to parties' Stipulation and for good cause shown, **IT IS HEREBY ORDERED** that:

1. The parties' Stipulation to Stay All Proceedings Pending Settlement Discussions (ECF No. 20) is **GRANTED**.

2. This matter stayed through **March 29, 2019**.

3. **On or before March 29, 2019**, the parties shall provide a joint letter to the Court concerning the status of this litigation.

4. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys'

fees and disbursements; waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

Date: January __4__, 2019        _s/ Tony N. Leung_
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Warfa et al. v. Nationwide Express, LLC et al.*
Case No. 18-cv-3103 (ECT/TNL)